IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–02351–EWN–OES

N. LEE LACY, an individual, and
ROARING VALLEY FORKS HOLDINGS, LLC
formerly known as TAGERT LAKES HOLDING, LLC
a Colorado limited liability company,

      Plaintiffs,

v.

OLD STANDARD LIFE INSURANCE, INC., an Idaho Corporation;
METWEST MORTGAGE SERVICES, INC., an Arizona Corporation;
METWEST MORTGAGE SERVICES, INC., a Washington Corporation; and
OLD WEST ANNUITY AND LIFE INSURANCE COMPANY, an Arizona
Corporation, and DOES 1 through 25, Inclusive,

      Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Plaintiff's Notice and Notice of Motion for Summary Judgment Re: Breach of Contract Claims Against Old Standard Life Insurance Company and Old West Annuity and Life Insurance Company Fed. R. Civ. P. 56; Memorandum of Points and Authorities in Support Thereof" (Document 44) filed July 12, 2005, is DENIED without prejudice at this time. Plaintiff may refile the motion at the expiration of the stay period.

Dated: November 16, 2005