IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–02351–EWN–MEH

N. LEE LACY, an individual, and
ROARING VALLEY FORKS HOLDINGS, LLC
formerly known as TAGERT LAKES HOLDING, LLC
a Colorado limited liability company,

    Plaintiffs,

v.

OLD STANDARD LIFE INSURANCE, INC., an Idaho Corporation;
METWEST MORTGAGE SERVICES, INC., an Arizona Corporation;
METWEST MORTGAGE SERVICES, INC., a Washington Corporation; and
OLD WEST ANNUITY AND LIFE INSURANCE COMPANY, an Arizona
Corporation, and DOES 1 through 25, Inclusive,

    Defendants.

**ORDER**

    This matter is before the court on the THIRD patently-defective motion filed by Plaintiffs. The first motion (#93) was nothing but a blank sheet. The second motion (#96) was denied because Plaintiffs failed to follow local rule 7.1A. The present (third) motion (#99) appears to be identical to the second and, again, fails to indicate any compliance with local rule 7.1A. It is therefore

    ORDERED as follows:

1. The motion (#99) is DENIED.

2. Future noncompliance by counsel will result in sanctions AGAINST COUNSEL.

Dated this 30th day of June, 2006.

                                                BY THE COURT:

                                                s/ Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM
                                                United States District Judge