**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: November 7, 2006

Civil Action No.  04-cv-02351-EWN-MEH

| *Parties:* | *Counsel:* |
|---|---|
| N. LEE LACY,<br>ROARING VALLEY FORKS HOLDINGS, LLC, | Joel Bennett |
|     Plaintiffs, | |
| v. | |
| OLD STANDARD LIFE INSURANCE, INC.,<br>METWEST MORTGAGE SERVICES, INC., | Gregory Clouser |
| OLD WEST ANNUITY AND LIFE INSURANCE COMPANY,<br>METWEST MORTGAGE SERVICES, INC., | Edward Ramey |
|     Defendants. | |

**COURTROOM MINUTES**

**Status Conference**

**11:01 a.m.     Court in session.**

Mr. Bennett appears by telephone.

Court's comments regarding Joint Status Report.

Discussion regarding trial dates and status of case in Idaho court.

Courtroom Minutes
Judge Edward W. Nottingham
Page 2

Discussion regarding the Motion to Lift Stay.

**ORDERED: 1.** **Plaintiffs' Motion to Lift Stay with Respect to Defendant Old West (#136, filed October 27, 2006) is GRANTED as to both defendants.**

Court states that this case shall proceed on an expedited basis and will be tried in 2007.

Discussion regarding discovery.

**ORDERED: 2.** **Dispositive motions deadline is December 1, 2006.  Motions filed previously may be renewed and filed electronically by that deadline.  Responses are due by December 15, 2006.**

**11:09 a.m.    Court in recess.**

Hearing concluded.

Total time in court:    00:08