IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                              Date: January 5, 2007
Therese Lindblom, Court Reporter

Civil Action No.  04-cv-02351-EWN-MEH

| _Parties:_ | _Counsel:_ |
|---|---|
| N. LEE LACY, an individual, and ROARING VALLEY FORKS HOLDINGS, LLC, formerly known as Tagert Lakes Holding, LLC, a Colorado limited liability company, | Joel Bennett |
| Plaintiffs, | |
| v. | |
| OLD STANDARD LIFE INSURANCE, INC., an Idaho Corporation; METWEST MORTGAGE SERVICES, INC., an Arizona Corporation; METWEST MORTGAGE SERVICES, INC., a Washington Corporation; and | Gregory Clouser |
| OLD WEST ANNUITY AND LIFE INSURANCE COMPANY, an Arizona Corporation, and Does 1 through 25, Inclusive; | Edward Ramey Terrance Carroll |
| Defendants. | |

---

## COURTROOM MINUTES

---

**Hearing Regarding Motion to Reconsider**

**2:15 p.m.**        Court in session.

Courtroom Minutes
04-cv-02351-EWN-MEH
Judge Edward W. Nottingham
Page 2 of 2

Mr. Bennett appears via telephone.

Discussion regarding motion to reconsider and status of case in Idaho.

Court's findings.

**ORDERED: 1.** **Defendant Old Standard Life Insurance, Inc.'s, Motion for Reconsideration of Minute Order Lifting Stay with Respect to Defendant Old Standard, or in the Alternative, Request for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (#146, filed November 21, 2006) is DENIED.**

Court states that if there is a pending motion for severance of claims, it is denied.

**2:22 p.m.**      Court in recess.

Hearing concluded.

Total time in court:  00:07