IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk
Therese Lindblom, Court Reporter

Date: November 30, 2007

Civil Action No. 04–cv–02351–EWN-MEH

| *Parties:* | *Counsel:* |
|---|---|
| N. LEE LACY, an individual, and ROARING VALLEY FORKS HOLDINGS, LLC formerly known as TAGERT LAKES HOLDING, LLC a Colorado limited liability company,  Plaintiffs, | Joel Bennett |
| v. | |
| OLD STANDARD LIFE INSURANCE, INC., an Idaho Corporation; and | Gregory Clouser |
| OLD WEST ANNUITY AND LIFE INSURANCE COMPANY, an Arizona Corporation, and DOES 1 through 25, Inclusive,  Defendants. | Edward Ramey |

## COURTROOM MINUTES

**Status Conference**

**10:54 a.m.** Court in session.

Discussion regarding current status of Idaho case. Counsel indicate that the verdict in that case in effect moots the plaintiff's case against Old Standard in this court.

Discussion regarding settlement efforts with Old West.

Court will defer its work on the motion for summary judgment, #173, until after the first of the year.

**ORDERED:  1.      Counsel shall submit a status report by January 2, 2008.**

**ORDERED:  2.      The case against Old Standard Life Insurance, Inc. is dismissed without prejudice.**

**ORDERED:  3.      Defendant Old Standard's Renewed Motion to Stay or Dismiss the Case (#183, filed August 8, 2007) is DENIED as moot.**

Counsel request that they be given an opportunity to work on settlement before scheduling a settlement conference with Magistrate Judge Hegarty.  Court states they may have until January 2, 2008, to do so.

**11:02 a.m.**     Court in recess.

Hearing concluded.

Total time in court:  00:08