IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 04–cv–02351–EWN–MEH


N. LEE LACY, an individual, and
ROARING VALLEY FORKS HOLDINGS, LLC
formerly known as TAGERT LAKES HOLDING, LLC
a Colorado limited liability company,

       Plaintiffs,

v.

METWEST MORTGAGE SERVICES, INC., an Arizona Corporation;
METWEST MORTGAGE SERVICES, INC., a Washington Corporation; and
OLD WEST ANNUITY AND LIFE INSURANCE COMPANY, an Arizona
Corporation,

       Defendants.

---

**ORDER APPROVING SETTLEMENT STIPULATION AND AGREEMENT AND
DISMISSING CLAIMS AGAINST DEFENDANT OLD WEST ANNUITY AND LIFE
INSURANCE COMPANY**

---

Upon consideration of the Stipulated Motion for Order Approving Settlement Stipulation

and Agreement Between Plaintiffs and Defendant Old West Annuity and Life Insurance Company

(the "Motion"), the Court GRANTS the Motion and approves the Agreement.

Pursuant to the terms of the Settlement Stipulation and Agreement, all claims against

Defendant Old West Annuity and Life Insurance Company are dismissed, with prejudice, all

parties to bear their own fees and expenses.  The minute order (#204) denying the stipulated

motion as moot is hereby VACATED and this order will be the Court's operative order.

DONE and ORDERED this 3rd day of March, 2008.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge