IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 04–cv–02351–EDWARD W. NOTTINGHAM–MEH

N. LEE LACY, an individual, and
ROARING VALLEY FORKS HOLDINGS, LLC
formerly known as TAGERT LAKES HOLDING, LLC
a Colorado limited liability company,

    Plaintiffs,

v.

METWEST MORTGAGE SERVICES, INC., an Arizona Corporation;
METWEST MORTGAGE SERVICES, INC., a Washington Corporation,

    Defendants.

## ORDER

This matter comes before the court on a review of the file. Based on this review, it appears that the status of the parties is as follows:

1. With the agreement of all parties, the case against Old Standard Life Insurance, Inc. Was dismissed in this court, without prejudice, so that the parties could pursue their rights in the related receivership proceedings in Idaho.

2. The case against Old West Annuity and Life Insurance Company was settled, and the parties have tendered a proposed order dismissing the case with prejudice. The court has now (contemporaneously) signed this order.

3. Proceedings as to the two Metwest Defendants have been dormant for some time, because Metwest has never appeared to defend. At Plaintiffs' request, the clerk entered defaults against both Metwest Defendants on July 27, 2007. In order to bring this case to a conclusion, it is

**ORDERED** as follows:

1. Plaintiffs shall, if they wish to pursue the case against Metwest, move for a default judgment within eleven days of the date this order is filed. If Plaintiffs do not so move within this time, the case against the Metwest Defendants will, without further notice, be dismissed without prejudice for failure to prosecute, pursuant to local rule 41.1.

2. Plaintiffs' motion for summary judgment (#173) is hereby denied as moot on the grounds that the case against the insurer has been resolved and the case against the Metwest Defendants can be resolved without considering the merits of the summary judgment motion.

Dated this 3rd day of March, 2008.

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              Chief United States District Judge