IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 04–cv–02351-EWN–MEH

N. LEE LACY, an individual, and
ROARING VALLEY FORKS HOLDINGS, LLC
formerly known as TAGERT LAKES HOLDING, LLC
a Colorado limited liability company,

    Plaintiffs,

v.

METWEST MORTGAGE SERVICES, INC., an Arizona Corporation;
METWEST MORTGAGE SERVICES, INC., a Washington Corporation,

    Defendants.

## ORDER FOR DISMISSAL WITHOUT PREJUDICE

In accordance with the observations made orally at the status conference held March 21, 2008, it is

**ORDERED** as follows:

1. The case against Defendants Metwest Mortgage Services, Inc. (both the Arizona and Washington Corporations) is DISMISSED without prejudice.

2. The Plaintiff may, if he wishes, pursue the case against Defendants Metwest Mortgage Services, Inc. in the receivership case in Idaho.

Dated this 21st day of March, 2008.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge